BROOKLYN PROPERTIES, INC., Respondent, v. CARGO PACKERS, INC., Appellant.

■ MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

■

(October 10, 1955.)

■

CHARLES CUSSANO et al., Appellants, v. ANTHONY CINICOLO, Respondent.— ■ Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 855.]

■

THERESA IANNELLI, Respondent, v. MORRIS EDER et al., Copartners Doing Business under the Name of CAREFUL HOUSE AND WINDOW CLEANING CO., Appellants, et al., Defendant.— ■

Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 967.]

■

J. LEON LAZAROWITZ et al., Appellants, v. DOMINICK VITALE et al., Respondents.— ■ Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See 285 App. Div. 834.]

■

DAISY BALAKA, Appellant, v. STORK RESTAURANT, INC., Doing Business as the STORK CLUB, Respondent.— ■

■ No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.